**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ERIC C. BURGIE, ADC #120956**                                                        **PLAINTIFF**

**v.**                              **CASE NO. 5:11CV00141 BSM/HDY**

**MARVIN EVANS, JR. et al.**                                                        **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition [Doc. No. 54] submitted by

United States Magistrate Judge H. David Young and the filed objections have been reviewed.

After carefully considering these documents and making a *de novo* review of the record, it

is concluded that the proposed findings and recommended disposition should be, and hereby

are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to

introduce sufficient evidence to create a fact issue to be submitted to a jury.

2.      It is further certified that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

Dated this 11th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE